# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN L. LAUB, DDS, INC., an Ohio corporation, individually and as the representative of a class of similarly situated persons,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DEN-MAT HOLDINGS, LLC and JOHN DOES 1-10,<br><br>　　　　　　　　Defendants. | Case No. 2:14-cv-07004-SJO-JEM<br><br>**ORDER**<br><br>Judge S. James Otero |

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation for Protective Order.

IT IS SO ORDERED.

DATED: March 27, 2015

　　　　　　　　　　　　　　　　　　*/s/ John E. McDermott*
　　　　　　　　　　　　　　　　　　John E. McDermott
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

144201.00601/95223269v.4

**STIPULATED PROTECTIVE ORDER**